# Third District Court of Appeal
## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1642
Lower Tribunal No. 21-19430
_____

**Rodolfo Hernandez Morejon, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellants.

Boyd & Jenerette, P.A., and Kansas R. Gooden and Lara J. Edelstein (Boca Raton), for appellee.


Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>Arce v. Citizens Prop. Ins. Corp.</u>, 49 Fla. L. Weekly D79 (Fla. 3d DCA Jan. 3, 2024).